MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-MC-00026-TLN-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $66,996.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant

Samir Salem Acho ("Acho"), by and through their respective counsel of record, as follows:

1.      On or about December 4, 2017, claimant Acho filed a claim in the administrative

forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately

$66,996.00 in U.S. Currency (hereafter "defendant currency"), which was seized on July 12, 2017.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

other than the claimant has filed a claim to the defendant currency as required by law in the

administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was March 4, 2018.

4. By Stipulation and Order filed March 2, 2018, the parties stipulated to extend to April 4, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed April 10, 2018, the parties stipulated to extend to May 4, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed May 8, 2018, the parties stipulated to extend to June 4, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed June 5, 2018, the parties stipulated to extend to July 5, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 6, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

2

1    9.    Accordingly, the parties agree that the deadline by which the United States shall be

2    required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

3    alleging that the defendant currency is subject to forfeiture shall be extended to August 6, 2018.

4    Dated:    7/5/2018                        MCGREGOR W. SCOTT
                                               United States Attorney
5
                                                /s/ Kevin C. Khasigian
6                                              KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorney
7
8    Dated:    7/3/2018                        /s/ Craig Ribbeck
                                               CRAIG K. RIBBECK
9                                              Attorney for Samir Salem Acho
                                               (As authorized via phone)
10
11        IT IS SO ORDERED.

12   Dated: July 9, 2018

13

14

15                                        _____
                                          Troy L. Nunley
16                                        United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

3